MODERUSTIC, INC., Appellant

v.

AMERICAN FIREGLASS, INC., Appellee.

No. 2015–1772.

United States Court of Appeals, Federal Circuit.

March 11, 2016.

Joseph Pia, Pia Anderson Dorius Reynard & Moss, Salt Lake City, UT, for appellant. Also represented by Robert Aycock.

Phillip Samouris, Higgs, Fletcher & Mack LLP, San Diego, CA, for appellee. Also represented by Charles F. Reidelbach, Jr.

TARANTO, CLEVENGER, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**